COM.

v.

FULGER, D.

2812 EDA 2016

Superior Court of Pennsylvania.

03/03/2017

CP–46–CR–0006387–2014

(Montgomery)

Withdrawal of Counsel Denied

COM.

v.

SMITH, F., Jr.

950 MDA 2016

Superior Court of Pennsylvania.

03/03/2017

CP–41–CR–0001030–2015

(Lycoming)

Affirmed

COM.

v.

BURNO, D.

1572 MDA 2015

Superior Court of Pennsylvania.

03/03/2017

CP–22–CR–0005415–2014

(Dauphin)

Affirmed

COM.

v.

BROWN, B.

965 MDA 2016

Superior Court of Pennsylvania.

03/03/2017

CP–22–CR–0005328–2007

(Dauphin)

Affirmed